JUNE 29, 2004

No. 03A1058 (03–11049). BARRAZA *v.* DRETKE, DIRECTOR,
TEXAS DEPARTMENT OF CRIMINAL JUSTICE, CORRECTIONAL IN-
STITUTIONS DIVISION. Ct. Crim. App. Tex. Application for stay
of execution of sentence of death, presented to JUSTICE SCALIA,
and by him referred to the Court, granted pending the disposition
of the petition for writ of certiorari. Should the petition for writ
of certiorari be denied, this stay shall terminate automatically.
In the event the petition for writ of certiorari is granted, the stay
shall terminate upon the issuance of the mandate of this Court.